IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:14-MC-14-D

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| T.P., INC., | ) | |
| | ) | |
|       Plaintiff, | ) | |
| | ) | |
|     v. | ) | **ORDER** |
| | ) | |
| BANK OF AMERICA, NA, | ) | |
| and JONATHAN P. JOYNER, | ) | |
| | ) | |
|       Defendants. | ) | |

On April 9, 2014, the court received a recommendation for dismissal of appeal from the United States Bankruptcy Court for the Eastern District of North Carolina [D.E. 1]. No party filed a response to the recommendation. The court accepts the recommendation and dismisses the appeal. The clerk shall close the case.

SO ORDERED. This _7_ day of May 2014.

                                              JAMES C. DEVER III
                                              Chief United States District Judge